**Opinion issued July 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00548-CV

———————————

## IN RE KENNETH MCPHERSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kenneth McPherson, has filed a petition for writ of mandamus, requesting that we grant mandamus relief ordering the trial court to vacate its July 21, 2025 order and to transfer the case to Williamson County.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Kenneth McPherson v. Lydia McPherson*, cause number 2023-67481, pending in the 308th District Court of Harris County, the Honorable Gloria E. Lopez presiding.